IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL MUNROE,  :   No. 3:25cv990
    Plaintiff  :
      :   (Judge Munley)
v.  :
      :
MOUNT AIRY #1, LLC d/b/a  :
MOUNT AIRY CASINO RESORT  :
    Defendant  :

## ORDER

**AND NOW**, to wit, this 7th day of January 2026, upon consideration of Defendant Mount Airy #1, LLC d/b/a Mount Airy Casino Resort's motion to dismiss plaintiff's complaint, (Doc. 4), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court